PER CURIAM.
Affirmed on the authority of Talley v. State, 160 Fla. 593, 36 So.2d 201; Younghans v. State, Fla.App.1957, 97 So.2d 31; State v. Bruno, Fla.1958, 107 So.2d 9; Kish v. State, Fla.App.1967, 198 So.2d 639; State v. Smith, Fla. 1970, 240 So.2d 807; State v. West, Fla.App.1972, 262 So.2d 457; Machin v. State, Fla.App.1972, 270 So.2d 464; Glasgow v. State, Fla.App. 1974, 292 So.2d 370; State v. Barber, Fla.1974, 301 So.2d 7; Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441.